UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES FINDLAY,<br><br>     Plaintiff,<br><br>   v.<br><br>ECONOMY PREMIER ASSURANCE<br>COMPANY,  a Rhode Island<br>corporation; DOES I-V, unknown parties,<br><br>     Defendant. | Case No. 1:11-cv-00434-BLW<br><br>**MEMORANDUM DECISION AND<br>ORDER** |

Before the Court is a motion to stay and compel arbitration filed by Plaintiff James

Findlay. (Dkt. 14).  Findlay moves to stay the litigation and compel arbitration because

he "desires to protect his contractual and statutory rights under Idaho law." *Pl.'s Br.* at 1,

Dkt. 14.  Defendant Economy Premier Assurance opposes the motion, arguing that the

insurance contract requires that both parties consent before the matter can be arbitrated,

and Economy Premier does not consent.

Economy Premier refers the Court to the arbitration provision contained in the

insurance contract, which provides: "Upon written consent of both parties, any

disagreement will be settled by arbitration." *Auto Insurance Policy* at 12, Ex. A to

Schroeder Aff., 15-1.  Given this clear and unambiguous language requiring both parties'

consent and Economy Premier's representation that it does not consent, the Court must

deny Findlay's motion to stay litigation and compel arbitration.

## ORDER

**IT IS ORDERED that** Plaintiff's Demand for Arbitration (Dkt. 14) is DENIED.

DATED: February 9, 2012

B. Lynn Winmill
Chief Judge
United States District Court